**1076 WALKER vs. COMMISSIONER OF INSURANCE, No. 14559, 103 M., 344.**

To compel the reception and filing of the reports of a fraternal beneficiary association under Act No. 119, Laws of 1893, and to issue a certificate of authority to said association to carry on business.

Denied December 22, 1894, with costs.

**1077 NATIONAL LIFE INSURANCE COMPANY OF CHICAGO vs. COMMISSIONER OF INSURANCE, 25 M., 321.**

To compel respondent to issue to said company a license to transact its business of life insurance in this State.

Denied, with costs, July 10, 1872.

Respondent refused the license on the grounds (1) that the form of contract of insurance used by said company did not distinctly state therein the amount insured or life benefit; (2) that it did not distinctly state therein the period of continuance; (3) that no definite premium was stated therein, and (4) that the payment of the life benefit was, under said form of contract, contingent upon assessments upon surviving members.

Hence, that under the Statute of 1872, the company was prohibited from doing business in said State.

**1078 JOHNSON vs. FARMERS' FIRE INS. CO. AND COMMISSIONER OF INSURANCE, No. 150931⁄2.**

To compel the insurance company to pay a judgment recovered against it by relator, and to require the insurance commissioner, if judgment be not paid within a time to be stated, to revoke permission to do business within the State.

Order to show cause denied October 1, 1895.

It appeared that certain proceedings were still pending respecting the right to the fund.